FILED IN THE
UNITED STATES
BANKRUPTCY COURT

2010 SEP 24  A 11: 11

DISTRICT OF UTAH
MAIL

J. Kevin Bird (3992)
BIRD & FUGAL
Attorneys for Trustee
Lincoln Square
384 East 720 South, #201
Orem, UT 84058
(801) 426-4700

IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

* * * * * * * *

| | |
|---|---|
| IN RE | )<br>) Case No. 09-25814 WTT<br>) Chapter 7 |
| TIMOTHY SCOTT COSTON<br>CRYSTAL CHAY COSTON | )<br>) |
| Debtor (s) | ) NOTICE OF PAYMENT OF<br>) FUNDS INTO THE REGISTRY<br>)<br>) |

* * * * * * * *

J. Kevin Bird, the duly appointed, qualified and acting trustee of the above-referenced chapter 7 proceeding ("Trustee") hereby gives notice to the Court of payment of funds into the registry of the Court. In support thereof, the Trustee represents as follows:

1. On May 17, 2010, J. Kevin Bird, Trustee made the final distribution in the above-referenced proceeding.

2. The funds are on deposit with Bank of America, Account No. 4437339489.



3. The following check which was issued as part of the final distribution remains unpaid, although more than ninety (90) days has passed since final distribution was made under 11 U.S.C. § 726:

|  |  |
|---|---|
| Claim No.: | 3 |
| Claimant: | Nelnet<br>3015 South Parker Rd., #400<br>Aurora, CO 80014 |
| Claim Amount: | $3,862.77 |
| Distribution: | $121.72 |

Notice is hereby given that, pursuant to 11 U.S.C. § 347(a), the Trustee has stopped payment on the foregoing checks and the balance of unclaimed funds in the amount of $121.72 are hereby paid into the Registry.

4. A check in the amount of $121.72 representing the foregoing unclaimed funds has been made payable to Clerk, U.S. Bankruptcy Court for the District of Utah and is enclosed herein.

DATED: 9-21-2010

J. Kevin Bird, Trustee

## CERTIFICATE OF SERVICE

I hereby certify that I am a member or employee of the law firm of BIRD & FUGAL and in that capacity I served, or caused to be served, a true and correct copy of the Notice of Payment of Funds into the Registry on the following, by depositing the same in the U.S. Mail, postage prepaid, on the 23rd day of September, 2010:

NELNET
3015 SOUTH PARKER RD., #400
AURORA, CO 80014

*Melanie Valderrama*